UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISAEL ROBLES NAVA, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

-against-

OPAI THAI INC. (D/B/A OPAI THAI), OPAI INC. (D/B/A OPAI THAI), YAN BING CHEN, TINA DOE and NOE CARRETERO,

                *Defendants.*
------------------------------------------------------------X

**1:20-cv-03848**

**NOTICE OF MOTION AND MOTION FOR DEFAULT**

## **NOTICE OF MOTION**

      Please take notice that, upon the annexed declaration of Michael Faillace, and attached exhibits, and the declaration of Isael Robles Nava, and all prior papers and proceedings in this case, the Plaintiff, by counsel, will move the court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b) (2) and Local Rule 55.2(b), for judgment by default against Defendants Opai Thai Inc. (d/b/a Opai Thai), Opai Inc. (d/b/a Opai Thai), Yan Bing Chen, Tina Doe and Noe Carretero.

      Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
       October 8, 2020

                                                      MICHAEL FAILLACE & ASSOCIATES, P.C.

                                        By:   */s/ Michael Faillace*_____
                                                 Michael Faillace, Esq.
                                                 60 East 42nd Street, Suite 4510
                                                 New York, New York 10165
                                                 (212) 317-1200
                                                 *Attorneys for Plaintiffs*

To:

| Opai Thai Inc. (d/b/a Opai Thai)<br>722 Amsterdam Avenue<br>New York, NY 10025<br><br>Opai Inc. (d/b/a Opai Thai)<br>722 Amsterdam Avenue<br>New York, NY 10025 | Noe Carretero<br>c/o Opai Thai<br>722 Amsterdam Avenue<br>New York, NY 10025<br><br>Yan Bing Chen<br>c/o Opai Thai<br>722 Amsterdam Avenue<br>New York, NY 10025 | Tina Doe<br>c/o Opai Thai<br>722 Amsterdam Avenue<br>New York, NY 10025 |
|---|---|---|