**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
ISAEL ROBLES NAVA, *individually and*
*on behalf of others similarly situated,*

                      *Plaintiff*,

          -against-

OPAI THAI INC. (D/B/A OPAI THAI), OPAI
INC. (D/B/A OPAI THAI), YAN BING
CHEN, TINA DOE and NOE CARRETERO,

                      *Defendants*
-------------------------------------------------------X

20-cv-03848

**PROPOSED DEFAULT JUDGMENT**

## JUDGMENT

This action was commenced on May 18. 2020 (Dkt. No. 1). A summons was issued for Defendant Opai Thai Inc. (d/b/a Opai Thai) on May 18, 2020 (Dkt. No. 2), Defendant Opai Inc. (d/b/a Opai Thai) on May 18, 2020 (Dkt. No. 3), Defendant Yan Bing Chen on May 18, 2020 (Dkt. No. 4), Defendant Tina Doe on February 26, 2020 (Dkt. No. 5) and Defendant Noe Carretero on February 26, 2020 (Dkt. No. 6). Service was then made on Defendant Opai Thai Inc. (d/b/a Opai Thai) on May 21, 2020 (Dkt. No. 15), Defendant Opai Inc. (d/b/a Opai Thai) on May 21, 2020 (Dkt. No. 14), Defendant Yan Bing Chen on August 7, 2020 (Dkt. No. 19), Defendant Tina Doe on August 7, 2020 (Dkt. No. 18), and on Defendant Noe Carretero on August 7, 2020 (Dkt. No. 17).

To date, Defendants Opai Thai Inc. (d/b/a Opai Thai), Opai Inc. (d/b/a Opai Thai), Yan Bing Chen, Tina Doe and Noe Carretero have failed to answer the Complaint or otherwise appeared or moved with respect to this action. The Clerk of this Court has certified the default of Opai Thai Inc. (d/b/a Opai Thai) on September 2, 2020 (Dkt. No. 30), Opai Inc. (d/b/a Opai Thai) on September 2, 2020 (Dkt. No. 29), Yan Bing Chen on September 2, 2020 (Dkt. No. 27), Tina

Doe on September 2, 2020 (Dkt. No. 26), and Noe Carretero on September 2, 2020 (Dkt. No. 28). The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the plaintiff has judgment joint and severally against the Defendants Opai Thai Inc. (d/b/a Opai Thai), Opai Inc. (d/b/a Opai Thai), Yan Bing Chen, Tina Doe and Noe Carretero in the amount of $357,942.77, including (A) compensatory damages for unpaid minimum wages and overtime compensation for Plaintiff Robles in the amount of $147,466.63, (B) liquidated damages for unpaid minimum wages and overtime compensation under the FLSA/NYLL for Plaintiff Robles in the amount of $147,466.63, (C) unpaid spread of hours pay for Plaintiff Robles in the amount of $10,641.00; (D) liquidated damages for unpaid spread of hours pay for Plaintiff Robles in the amount of $10,641.00; (E) statutory damages for violation of New York Labor Law § 195 in the amount of $10,000, and (F) pre-judgment interest on unpaid minimum wages and overtime calculated at the rate of 9% per annum until to the date of judgment, and totaling $29,222.66 as of October 7, 2020 for Plaintiff Robles ; (G) and (H) pre-judgment interest on spread of hours damages to be calculated at the rate of 9% per annum to the date of judgment and totaling $1,964.85 as of October 7, 2020 for Plaintiff Robles .

That the Plaintiff is awarded attorney's fees in the amount of $3,989.50, and costs in the amount of $912.00,

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961. That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending,

- 3 -

whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:    New York, New York
          _____, 2020

_____
JUDGE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

This document was entered on the docket on

_____.

- 3 -