UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

ISAEL ROBLES NAVA et al,

              Plaintiff,

   -against-

OPAI THAI INC., OPAI INC. and YAN BING CHEN,,

             Defendants.
----------------------------------x

NOTICE OF VOLUNTARY DISMISSAL
Case No. 1:2020 Civ. 03848 (2020)

    Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff named above hereby give notice that the above-captioned action is voluntarily dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: July 3rd, 2020

    New York, New York

PLAINTIFFS

By: _____
    ISAEL ROBLES NAVA

SWORN TO BEFORE ME ON
THIS DAY OF July 3, 2020

_____
NOTARY PUBLIC

RUXIN LIN
Notary Public, State of New York
No. 01LI5068006
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Oct. 28, 2022