```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAEL ROBLES NAVA, individually and on behalf of others similarly situated,

       Plaintiff,

-against-

OPAI THAI INC. d/b/a OPAI THAI, OPAI INC. d/b/a OPAI THAI, YAN BING CHEN, TINA DOE, and NOE CARRETERO,

       Defendants.

1:20-cv-03848-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

  On December 1, 2020, the Court issued a Scheduling Order adjourning the Default Judgment Hearing to January 12, 2021, and adding to the agenda Defendant Yan Bing Chen's filing of the Notice of Voluntary Dismissal and the subsequent correspondence from the parties.

  IT IS HEREBY ORDERED that on or before December 4, 2020, Defendant Yan Bing Chen shall file an affidavit detailing the circumstances of the transaction described in the letter filed by her attorney, Ren Rong Pan, dated November 23, 2020 [*see* ECF No. 52].

  IT IS FURTHER ORDERED that on or before December 9, 2020, counsel for Plaintiff, Michael Faillace & Associates, P.C., shall file a response to the letters from Defendant's counsel dated November 19, 2020 [ECF No. 51], and November 23, 2020 [ECF No. 52], and the forthcoming affidavit of Defendant Yan Bing Chen. The response shall detail the involvement of each attorney in this matter, including the role played by Michael Faillace, Esq.

**SO ORDERED.**

Date: December 2, 2020
   New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**